Charlotte JAMES, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

Kathy BUTLER, Individually and as Surviving Wife and Heir of Eddy Butler, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

Susan B. CLARDY, Individually and as Natural Tutrix of the Minors, Bridget Marie Clardy and Kenneth Clardy, Plaintiff-Appellant,

v.

UNITED STATES of America, Defendant-Appellee.

Nos. 83–2276, 83–4522.

United States Court of Appeals, Fifth Circuit.

Sept. 12, 1986.

T. John Ward, Richard F. Hightower, Sharp, Ward, Ross, McDaniel & Starr, Longview, Tex., Old & Old, Mount Pleasant, Tex., for plaintiffs-appellants.

---

William J. Cornelius, Jr., Asst. U.S. Atty., Tyler, Tex., Thomas L. Jones, U.S. Dept. of Justice, Washington, D.C., Bob Wortham, U.S. Atty., Beaumont, Tex., for defendant-appellee.

Before CLARK, Chief Judge, and GOLD-BERG, GEE, RUBIN, REAVLEY, POL-ITZ, RANDALL, JOHNSON, WILLIAMS, GARWOOD, JOLLY, HIGGINBOTHAM, DAVIS and HILL, Circuit Judges.*

## ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

PER CURIAM:

In accordance with the decision of the Supreme Court, —— U.S. ——, 106 S.Ct. 3116, 92 L.Ed.2d 483, which reversed our judgment and decision at 760 F.2d 590 (5th Cir.1985), we affirm the judgments of the district courts in these cases.